[Nos. 36231-7-II; 36163-9-II.   Division Two.   August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS JAMES FAZIO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANCIL GEORGE JONES III, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 06-1-02249-5, Richard D. Hicks, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36317-8-II.   Division Two.   August 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANARA SOEUN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03225-1, John R. Hickman, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 36371-2-II.   Division Two.   August 12, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID M. BRISSETTE, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00392-0, James B. Sawyer II, J., entered May 21, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36414-0-II.   Division Two.   August 12, 2008.]

SOVRAN, LLC, *Appellant*, v. MICHELSEN DAIRY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-2-00394-1, Nelson E. Hunt, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.